UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X

SAVOY OF NEWBURGH, INC.,
RUDOLPH LAMARR,
SALVATORE CUCORULLO, and
QUINCY MAGWOOD,

        Plaintiffs,                  04 Civ. 1405 (WHP)

        -against-                  ORDER

CITY OF NEWBURGH, CITY
OF NEWBURGH LOCAL
DEVELOPMENT CORPORATION,
CITY OF NEWBURGH INDUSTRIAL
DEVELOPMENT AGENCY,
NICHOLAS VALENTINE and
STEPHAN ROCKAFELLOW,

        Defendants.

----------------------------------X

WILLIAM H. PAULEY III, District Judge:

        By stipulation of the parties on the record in open Court, the City of Newburgh Local Development Corporation and City of Newburgh Industrial Development Authority are hereby dismissed from this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with prejudice.

Dated: October 9, 2009
       New York, New York

                                          SO ORDERED:

                                          WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of Record:*

Michael H. Sussman, Esq.
Sussman Law Offices
40 Park Place
P.O. Box 1005
Goshen, NY 10924
*Counsel for Plaintiffs*

James M. Fedorchak, Esq.
Gellert & Klein, P.C.,
75 Washington Street
Poughkeepsie, NY 12601

Patrick T. Burke, Esq.
Richard B. Golden, Esq.
Burke, Miele & Golden, LLP
100 Washington Avenue, Post Office Box 397
Suffern, NY 10901
*Counsel for Defendants*